# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SALVADOR ENRIQUE GARCIA-ALVARADO | ) | Case No. |
| | ) | 2:25-mj-00260-DKG |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 01, 2025__ in the county of __Kootenai__ in the
_____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546 | Fraud and Misuse of Visas, Permits and other Documents |

This criminal complaint is based on these facts:

See attached Affidavit of U.S. Border Patrol Agent Robert Lawler

☑ Continued on the attached sheet.

ROBERT E LAWLER
Digitally signed by ROBERT E LAWLER
Date: 2025.10.08 11:43:02 -07'00'

*Complainant's signature*

Agent Robert Lawler, U.S. Border Patrol
*Printed name and title*

Sworn to before me and signed electronically via Zoom.

Date: 10/9/2025

*Judge's signature*

City and state: Boise, Idaho

Honorable Debora K. Grasham, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Robert Lawler, being duly sworn, depose and state that:

1.  I am a Border Patrol Agent (BPA) with the Bureau of Customs and Border Protection (CBP), United States Border Patrol (USBP). I have been so employed since July 7, 2008. I have been assigned to the United States Border Patrol, Spokane, Washington, Headquarters as the programs manager of the Spokane Sector Prosecutions Unit since April 2025. Previously I was assigned to the Casa Grande Border Patrol Station in Casa Grande, Arizona as lead prosecutions agent for the Phoenix Prosecutions Unit. I received basic training in federal law enforcement at the Federal Law Enforcement Training Center (FLETC) in Artesia, New Mexico, from July 7, 2008, to December 5, 2008. I have made numerous arrests involving illegal reentry, human smuggling and various other violations of the Immigration and Nationality Act. I am also familiar with and have been part of investigations for other violations involving the use or possession of fraudulent passports and visas in violation of Title 18 § USC 1534 and 1546.

2.  The information contained in this affidavit is based on my personal knowledge obtained during the course of this investigation and on information conveyed to me by other U.S. Border Patrol Agents and Idaho State Police Troopers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this complaint.

3.   Based upon the facts set forth below, there is probable cause to believe that the Defendant, GARCIA-ALVARADO, Salvador Enrique (DOB: 08/16/1989), who is a citizen and national of Mexico, committed the offense of Fraud and Misuse of Visas, Permits and Other Documents in violation of Title 18 § 1546.

4.  Title 18 § 1546 provides in part that a person who possesses and uses any immigrant or nonimmigrant visa, permit, border crossing card, alien registration card, alien registration receipt card or other document prescribed by the statute or regulation

**Affidavit** – 1

for entry into or as evidence of authorized stay or employment in the United States knowing it to be forged, counterfeited, altered or falsely made shall be fined and imprisoned up to 10 years.

5. On October 1, 2025, ISP Trooper Gerald Stemm observed a white two axel dump truck, bearing Arizona license plate AN00856, traveling east bound on Interstate 90 approximately mile post 20. Trooper Stemm observed the white dump truck pulling a black dump trailer bearing a non-legible Utah temporary license plate with non-functioning brake lights, non-functioning turn signals and non-functioning taillights. Due to these Department of Transportation (DOT) traffic violations, Trooper Stemm initiated a vehicle stop with the white dump truck.

6. Trooper Stemm made contact with the driver of the white dump truck, who presented a Mexican Consulate Card in the same of Ruben Alvarado with a date of birth of June 22, 1990. Trooper Stemm tried to converse with the driver who did not appear to speak English. Trooper Stemm explained the reason for the traffic stop and conducted a Level-2 Commercial Safety Vehicle Alliance (CVSA) walk around inspection. The Level-2 CVSA walk around inspection is conducted for documenting violations observed while a Commercial Vehicle is in operation. Trooper Stemm requested that Border Patrol agents respond to the scene to assist him.

7. BPAs Delgado and Pincoski arrived on scene, in an unmarked USBP agency vehicle that was equipped with emergency lights and sirens. Both BPA Delgado and Pincoski were dressed in civilian attire and were wearing their assigned CBP issued body armor that clearly displayed the USBP badge and agency name. BPA Pincoski conversed with Trooper Stemm regarding his traffic stop and his request for assistance. Trooper Stemm stated that he was needing assistance with identifying the driver that had presented foreign identification.

8. BPA Pincoski approached the white dump truck from the passenger side of the vehicle and asked the driver to exit the vehicle. The driver complied and exited through the passenger side of the vehicle. BPA Pincoski conducted an immigration inspection with the driver and determined the driver was a citizen and national of Mexico without any documentation that would allow him to enter, pass through or reside in the United States legally.

**Affidavit** – 2

10.     Upon the search incident to arrest and inventory of the driver's personal property, BPA Pincoski discovered what appeared to be a false Lawfully Admitted Permanent Resident (LAPR) card with GARCIA-ALVARADO's picture on it. BPA Pincoski asked the driver if the LAPR card belonged to him and if so where did he get it from. The driver stated that the LAPR card was his and that he had purchased the LAPR card two years ago in California on Facebook. He further stated that he knew that the card was not real. BPAs Delgado and Pincoski transported the driver to Kootenai County Sheriff's Department for further administrative processing

11.     At the Kootenai County Sheriff's Department, the driver had his fingerprints electronically recorded and submitted for electronic analysis to determine any previous criminal or immigration history. It was determined that the driver was actually named Salvador Enrique GARCIA-ALVARADO. It was confirmed that he was a citizen and national of Mexico without any current documentation to enter, pass through or reside in the United States legally

12.     On October 2, 2025, Border Patrol Agent – Intelligence (BPA-I) Felicia Sanata conducted an interview in the Spanish language with GARCIA-ALVARADO. BPA-I Santana advised GARCIA-ALVARADO of his Miranda rights. GARCIA-ALVARADO signed a written form acknowledging that he understood his rights and was willing to give a statement without an attorney present.

13.     BPA-I Santana questioned GARCIA-AALVARADO about the multiple identifications that were found on his person when he was being searched and admitted into Kootenai County Jail. GARCIA-ALVARADO stated that his true name was Enrique Salvador GARCIA-ALVARADO and that the name Rueban Alvarado was fake. GARCIA-ALVARADO stated that he purchased the false LAPR card a few weeks after he arrived in the United States back in September of 2021. GARCIA-ALVARADO stated that he purchased the LAPR card on Facebook Messenger for $80.00 United States Dollars (USD).

14.     BPA-I Santana submitted the Alien Registration number (A076537451), that was associated with the false LAPR card, through law enforcement systems for records verification. The Alien Registration number (A076537451) came back to a female named

**Affidavit** – 3

Karen Frances Oneil out of Canada with the Federal Identification Number (1054670102), date of birth 03/02/1968 and a record of the United States as her country of birth. GARCIA-ALVARADO stated he did not know who that individual was and that he was using the false LAPR card to work because it had a valid Social Security number.

15. Based upon the information submitted in the affidavit, I believe that Salvador Enrique GARCIA-ALVARADO has violated Title 18, United States Code, Section 1546, Fraud and Misuse of Visas, Permits and Other Documents.

ROBERT E LAWLER
Digitally signed by ROBERT E LAWLER
Date: 2025.10.08 11:44:03 -07'00'

Robert Lawler
Border Patrol Agent
United States Border Patrol

SUBSCRIBED and SWORN to before me via Zoom this 9th day of October, 2025.

Honorable Debora K. Grasham
United States Magistrate Judge

**Affidavit** – 4